FILED '21 DEC 17 AM 9:07
US BANKRUPTCY MIE-BC

12-13-20

To Whom it May Concern

I am writing to appeal the decission of my case being dismishiped. The Reasons my taxes were not turned in in a timely matter, is due to Covid in helping taking care of my sick famil members. We had to quarantine and I had no help getting my paperwork to the attorney due to me not drivng now because of Anxie

Sincerly Amie K. Babc

16-20817-dob    Doc 66    Filed 12/17/21    Entered 12/17/21 09:27:50    Page 1 of 1